# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00076-BNB

BRIAN C. STRAUB,

     Applicant,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

Applicant, Brian C. Straub, is a prisoner in the custody of the Colorado

Department of Corrections who currently is incarcerated at the Bent County Correctional

Facility in Las Animas, Colorado.  He has submitted *pro se* an Application for Writ of

Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1) and has paid the $5.00 filing

fee.  As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has

determined that the submitted document is deficient as described in this order.

Applicant will be directed to cure the following if he wishes to pursue any claims in this

court in this action.  Any papers that Applicant files in response to this order must

include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    ___     is not submitted
(2)    ___     is missing affidavit
(3)    ___     is missing certified copy of prisoner's trust fund statement for the 6-month
                  period immediately preceding this filing
(4)    ___     is missing certificate showing current balance in prison account
(5)    ___     is missing required financial information

(6)    __    is missing an original signature by the prisoner
(7)    __    is not on proper form (must use the court's current form)
(8)    __    names in caption do not match names in caption of complaint, petition or habeas application
(9)    __    other:

**Complaint, Petition or Application**:
(10)    __    is not submitted
(11)    _X_    is not on proper form
(12)    __    is missing an original signature by the prisoner
(13)    __    is missing page nos. ___
(14)    __    uses et al. instead of listing all parties in caption
(15)    __    names in caption do not match names in text
(16)    __    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)    _X_    other:  The only proper Respondent in a habeas corpus action is Applicant's current warden, superintendent, jailer or other custodian.  The Colorado Department of Corrections is not a proper party to this action.

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Applicant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Applicant shall obtain the court-approved form for filing an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov, and use that form in curing the designated deficiencies.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed

without further notice.  The dismissal shall be without prejudice.

DATED January 9, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge